## CONSTITUTION PUBLISHING COMPANY v. KIRKLAND.

This case came before this court by writ of certiorari from the Court of Appeals; and the same being for decision by a full bench of six Justices, who are evenly divided in opinion, Russell, C. J., Beck, P. J., and Hines, J., being of the opinion that the judgment of the Court of Appeals should be affirmed, and Atkinson, Hill, and Gilbert, JJ., being of the contrary opinion, the judgment of the Court of Appeals is affirmed by operation of law.

No. 6893. OCTOBER 5, 1929.

*Howell, Heyman & Bolding,* for plaintiff in error.
*St. Clair Gibbs* and *Betty R. Cobb,* contra.